STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    FAX: (415) 436-7234
    Email: casey.boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:20-mj-70955-MAG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | |
| PETER SCHURMAN, | ) | |
| Defendant. | ) | |

This case is currently set for a status conference on January 11, 2021. The defense and the government are requesting a continuance of the matter to 10:30 a.m. on March 1, 2021. This will provide the parties with needed time for effective preparation of counsel, including reviewing discovery and investigating the facts and circumstances surrounding the allegations in the complaint. The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act. The defendant consents to an extension of the time for a preliminary hearing. Fed. R. Crim. P. 5.1(d). The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases in this instance. Fed. R. Crim. P. 5.1(d). Therefore, the parties respectfully request that the hearing currently scheduled for January 11, 2021 be vacated and the case be continued until March 1, 2021, at 10:30 a.m.

DATED: January 9, 2021  

Respectfully submitted,

STEPHANIE M. HINDS  
Attorney for the United States

_____/s/_____  
CASEY BOOME  
Assistant United States Attorney

DATED: January 9, 2021  

_____/s/_____  
ADAM GASNER  
Counsel for Defendant

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court CONTINUES this case to March 1, 2021 at 10:30 a.m. for a status conference.

The Court finds that the interest of justice served by granting a continuance outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that good cause outweighs the public's interest in the prompt disposition of criminal cases in this instance. Fed. R. Crim. P. 5.1(d). Accordingly, the Court excludes time for preliminary hearing and under the Speedy Trial Act from January 11, 2021 to March 1, 2021. Based on the stipulation of the parties, the Court finds this exclusion necessary to allow for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 10, 2021

HONORABLE ALEX G. TSE
United States Magistrate Judge